**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No. 1:24-cr-375 (ACR)** |
| **AMY REBEKAH WILLIS,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

_____

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's Minute Entry order dated September 18, 2024, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant Amy Rebekah Willis represented by undersigned counsel, hereby provide the following joint status report:

    a.    <u>Status of Plea Offers</u>

The defendant has been tendered a plea offer as of August 23, 2024.

    b.    <u>Speedy Trial Act</u>

The next status conference is scheduled for December 17, 2024.  At the September 18, 2024 arraignment and status conference, the Court excluded the time between September 18, 2024 and December 17, 2024 from calculation under the Speedy Trial Act, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(1) & (7)(A). The Court found that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, for reasons including that the defendant and her counsel have sufficient time to review the discovery in this case.

    c.    <u>Outstanding Discovery Issues</u>

Following the filing of the criminal complaint in this case, the government provided case-specific and global discovery.  Due to the extraordinary nature of the January 6, 2021 Capitol

1

attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution.  These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government will facilitate access to these materials through two databases: Evidence.com and Relativity. Consistent with the government's ongoing discovery obligations under Rule 16, the government will forward additional discovery as it becomes available. The government will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

Pursuant to the Court's instructions, the government provided to the defense a hard drive containing an electronic copy of the cellphone extraction on Friday, September 27, 2024.


Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Cytheria D. Jernigan*
CYTHERIA D. JERNIGAN
Assistant U.S. Attorney, DC Bar No. 494742
U.S. Attorney's Office WDLA
Detailed to the U.S. Attorney's Office
For the District of Columbia
601 D. Street, N.W.
Washington, D.C.  20001
(318) 676-3600 (v) / (318) 676-3663 (f)
Cytheria.Jernigan@usdoj.gov

AMY REBEKAH WILLIS
Defendant

*/s/ Elita C. Amato*
ELITA C. AMATO
Attorney at Law
2111 Wilson Blvd., Suite 8th Floor
Arlington, VA  22201
(703) 522-5900
Amato.law@comcast.net
*Attorney for Defendant*
*Amy Rebekah Willis*