## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    **Crim. No.24-cr-00375 (ACR)** |
| **v.** | : |
| | : |
| **AMY REBEKAH WILLIS** | : |
| | : |

   *(defendant)*

### NO OPPOSITION TO GOVERNMENT MOTION TO DISMISS

**COMES NOW** AMY WILLIS through undersigned counsel and notes to this Honorable Court that she does not oppose the prosecution's Motion to Dismiss with Prejudice, filed on January 21, 2025, as ECF #17.  She agrees with the relief requested in the prosecution's filing, namely that her case be dismissed at this time with prejudice.

Respectfully submitted,

OFFICE OF ELITA C. AMATO

/s/

_____
Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this PLEADING is filed electronically through the ECF filing system on this 27th day of January 2025, thereby, providing service electronically upon all parties in this case including Government counsel.

_____/s/_____

Elita C. Amato